■ BRIAN J. BOREANAZ et al., Appellants, v SUSAN FACER-KREIDLER et al., Respondents. (Appeal No. 2.) [769 NYS2d 762]— Appeal from an order of Supreme Court, Erie County (Lane, J.), entered October 24, 2002, which denied plaintiffs' motion for leave to renew with respect to defendants' motion and cross motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Boreanaz v Facer-Kreidler* (2 AD3d 1481 [2003]). Present—Pigott, Jr., P.J., Pine, Wisner and Kehoe, JJ.